RECEIVED
IN MONROE, LA

MAY 1 4 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| TOBIUS DARELL FIELDS | CIVIL ACTION NO. 08-1232 |
| VERSUS | JUDGE ROBERT G. JAMES |
| RIVERBEND DETENTION CENTER, PHASE II, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 17] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaint is DISMISSED WITH PREJUDICE in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

MONROE, LOUISIANA, this 14 day of May, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE